IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CLIFFORD W. JONES, JR.,

      Appellant,

v.                                    Case No. 5D14-0008

DEPARTMENT OF REVENUE
O/B/O SANDRA L. JONES,

      Appellee.

                                    /

Opinion filed July 18, 2014

Appeal from the Circuit Court
for Orange County,
Sally D. M. Kest, Judge.

Clifford W. Jones, Jr., Spring Hill, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and William H. Branch, Assistant Attorney General, Tallahassee, for Appellee.

ON CONCESSION OF ERROR

PER CURIAM.

Pursuant to Appellee's Concession of Error, we reverse the trial court's December 2, 2013, final order on motion to vacate order, and remand to the court to make findings pursuant to Florida Family Law Rule of Procedure 12.615(1)(d) and for further proceedings, if necessary. Trisotto v. Trisotto, 966 So. 2d 986 (Fla. 5th DCA 2007).

      REVERSED and REMANDED.

TORPY, C.J., ORFINGER and BERGER, JJ., concur.